**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| VITAL RECORDS CONTROL OF FLORIDA, LLC, | ) | |
| Plaintiff, | ) | No. 08-05C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including March 24, 2008, within which to file a response to the complaint. The response to the complaint is currently due on March 3, 2008. This is our first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff, Vital Records Control of Florida, LLC ("Vital Records"), has no objection to this motion.

A litigation report has been provided by the agency pursuant to 28 U.S.C. § 520(b). Nevertheless, we require additional time to coordinate the contents of our response to plaintiff's complaint with the agency because agency counsel has been out of the office on work-related travel. Additionally, counsel of record was out of the office for trial advocacy training at the National Advocacy Center from January 28, 2008, through February 8, 2008, and was therefore unable to communicate with agency counsel about the specifics of this case until last week.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 21 days, to and including March 24, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

February 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN