# In the United States Court of Federal Claims

**No. 08-05C**
**(Filed: March 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VITAL RECORDS CONTROL OF FLORIDA, LLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 19, 2008, Defendant filed an unopposed motion for an enlargement of time of 21 days, to and including **March 24, 2008**, within which to file a response to the complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**