**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

VITAL RECORDS CONTROL OF
FLORIDA, LLC,

Plaintiff,

CASE NO.: 08-5C

vs.

(Judge Williams)

THE UNITED STATES,

Defendant.
_______________________________________/

**NOTICE OF APPEARANCE**

Please enter the appearance of David C. Potter, as an additional attorney of record for the Plaintiff, Vital Records Control of Florida, LLC.

/s/ David C. Potter______________________
David C. Potter
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1567
Fort Myers, FL 33902
(239) 334-7892
Fax No: (239) 334-3240
Email: david.potter@fowlerwhite.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ David C. Potter
David C. Potter, Esq.